IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-51 E |
| | ) | |
| GARY DEAN RHOADES | ) | |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of December, 2005, upon consideration of the foregoing, Motion to Amend Bond, it is hereby ORDERED, ADJUDGED, AND DECREED that the Defendant's bond is amended as follows: Defendant is allowed to travel to Gambrill, Maryland, and Durham, North Carolina, to visit his sons, from December 26, 2005 to January 2, 2006. All other conditions of bond are to remain intact.

 

                                                              HONORABLE MAURICE B. COHILL, JR.
                                                              Senior United States District Judge

cc:    Thomas W. Patton, AFPD
        Marshall J. Piccinini, AUSA
        Charmaine Odom, U.S. Pretrial Services