IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-51 E |
| | ) |
| GARY DEAN RHOADES | ) |

## ORDER OF COURT

AND NOW, to-wit, this 22nd day of December, 2005, upon consideration of the foregoing, Motion to Amend Bond, it is hereby ORDERED, ADJUDGED, AND DECREED that the Defendant's bond is amended as follows: Defendant is allowed to travel to Gambrill, Maryland, and Durham, North Carolina, to visit his sons, from December 26, 2005 to January 2, 2006. All other conditions of bond are to remain intact.

_____
HONORABLE MAURICE B. COHILL, JR.
Senior United States District Judge

cc: Thomas W. Patton, AFPD
Marshall J. Piccinini, AUSA
Charmaine Odom, U.S. Pretrial Services