UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-3273

UNITED STATES OF AMERICA

vs.

GARY DEAN RHOADES,
d/b/a RHOADES CAPITAL MANAGEMENT,
Gary Dean Rhoades, Appellant

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. No. 04-cr-00051E )
District Judge:  Honorable Maurice B. Cohill, Jr.

Submitted Under Third Circuit L.A.R. 34.1(a)
May 17, 2006
Before:  RENDELL, Van ANTWERPEN and WEIS, Circuit Judges.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on May 17, 2006.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Judgment of Sentence of the said District Court entered June 23, 2005 be, and the same is hereby affirmed.

All of the above is in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: May 24, 2006

Certified as a true copy and issued in lieu
of a formal mandate on   6/15/06

Marcia M. Waldron

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit